Vincent W. Davis, Esq.      (SBN 125399)
Danielle K. Little, Esq.    (SBN 239784)
Law Offices of Vincent W. Davis & Associates
150 N. Santa Anita Avenue, #200
Arcadia, CA 91006
TEL: (626) 446-6442
FAX: (626) 446-6454

Attorneys for Plaintiffs



FILED
CLERK U.S. DISTRICT COURT
MAY 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Lisa Ramirez; Edward Ramirez; John Lopez; Lupe Mata; Jeffrey Lopez; Mark Lopez; Edward Brandon Ramirez; Valerie Fernandez; Marie Hernandez; J. L., a minor; by and through his guardian ad litem, C. L., a minor; by and through his guardian ad litem, D. R., a minor, by and through her guardian ad litem

Plaintiffs,

v.

County of Los Angeles; Hacienda La Puente School District; Deputy Morey, individually and in his capacity as County of Los Angeles Deputy Sheriff; Deputy Patrick, individually and in his capacity as County of Los Angeles Deputy Sheriff; Deputy Joseph Nevares, individually and in his capacity as County of Los Angeles Deputy Sheriff; and Lieutenant Sotelo, individually and in his capacity as County of Los Angeles Deputy Sheriff and DOES 1 through 100, Inclusive.

CASE NO: CV11-04057 JHN (MANx)

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM



LODGED
CLERK, U.S. DISTRICT COURT
MAY 11 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Plaintiff states as follows:

1. I, MARIE HERNANDEZ, am the grandmother of J.L.

2. Plaintiff was born on December 4, 1995; thus he is a minor.

4. The name of Plaintiff has been abbreviated as "J.L." to protect the privacy and identity of the minor Plaintiff. If any party to this action desires the full and complete name of the Plaintiff, said party should contact Plaintiffs' counsel for that information.

5. My address is 1422 Coble Ave., Hacienda Heights, CA 91745.

6. I am a competent and responsible adult person, and fully able to act as Plaintiff J.L.'s Guardian Ad Litem.

7. I am willing to act as Guardian Ad Litem for Plaintiff J.L. as witnessed by my CONSENT attached hereto.

**WHEREFORE**, I move the Court for an order appointing me as Guardian Ad Litem of Plaintiff J.L for the purpose of bringing action against the aforementioned Defendants on the claims as hereinabove stated.

DATED: May 11, 2011

Danielle K. Little, Esq.
Attorneys for Plaintiffs

## CONSENT

I, MARIE HERNANDEZ, consent to act as Guardian Ad Litem for the minor Plaintiff in the above action.

DATED: May 11, 2011

MARIE HERNANDEZ

---

2
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

# ORDER

Good cause appearing before this Court, the Petition for an order appointing **MARIE HERNANDEZ**, as Guardian Ad Litem for Plaintiff is GRANTED.

**IT IS SO ORDERED**

DATED: 5/17/11

_____
S H Segal
Magistrate
DISTRICT COURT JUDGE

SUZANNE H. SEGAL

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
150 NORTH SANTA ANITA AVENUE, SUITE 200
ARCADIA, CALIFORNIA 91006
PHONE (626) 446-6442, FACSIMILE (626) 446-6454

3
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM