JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA RAMIREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. CV 11-4057-GW(MANx) <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the stipulations between the parties and their respective counsel filed on July 9, 2013 (Docket Nos. 190 and 191), it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety. Parties shall waive all fees and costs in this matter.

IT IS SO ORDERED.

Dated: July 12, 2013

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT